## Daniel C. Briney, Minor, Appellee, v. Illinois Central Railroad Company, Appellant.

### Gen. No. 43,607. 

 opinion filed January 8, 1947; rehearing denied January 28, 1947; released for publication January 28, 1947. John W. Freels and Herbert J. Deany, for appellant; Vernon W. Foster and Charles A. Helsell, of counsel; Joseph Barbera, for appellee; Harry G. Fins, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.